guilty plea and judgment of conviction and sentence.

**Mark A. JACKSON**

v.

**The DOW CHEMICAL COMPANY; Rohm and Haas Company; Rohm and Haas Co. Benefits Administrative Committee; Liberty Mutual Insurance Company; Raj L. Gupta; Pierre R. Brondeau; Jacques M. Croisettiere; Robert A. Lonergan, Esquire; Jane Greenetz; Deanna May; Cynthia Mazer; Richard Quinlan Esquire; Sean B. McSweeney Esquire; Michael Miller, Esquire; Nancy Mayo; Lori Hamlin; John Doe Nos. 1–15.**

Mark A. Jackson, Appellant in No. 15–1475.

Dow Chemical Company, Rohm and Haas Company, Raj L. Gupta, Pierre R. Brondeau, Jacques M. Croisettiere, Robert A. Lonergan, Ellen S. Friedell, Royce Warrick, Jane Greenetz, Deanna May, Cynthia Mazer, Appellants in No. 15–1569.

Liberty Mutual Insurance Company, Lori Hamlin, Nancy Mayo, Sean B. McSweeney, Richard P. Quinlan and Michael Miller, Appellants in No. 15–1570.

Nos. 15–1570, 15–1569, 15–1475.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit L.A.R. 34.1(a) Jan. 14, 2016.

Filed April 25, 2016.

Mark A. Jackson, Philadelphia, PA, pro se.

John G. Harkins, Jr., Esq., Eleanor M. Illoway, Esq., Colleen H. Simpson, Esq., Harkins Cunningham, Jason P. Gosselin, Esq., Nolan B. Tully, Esq., Katherine L. Villanueva, Esq., Drinker Biddle & Reath, Philadelphia, PA, Jonathan D. Pavlovcak, Esq., Hill Wallack, Yardley, PA, for Dow Chemical Company, Richard Quinlan, Sean B. McSweeney, Michael Miller, Nancy Mayo, Lori Hamlin.

Before: McKEE, Chief Judge, AMBRO, and SCIRICA, Circuit Judges.

JUDGMENT ORDER

ANTHONY J. SCIRICA, Circuit Judge.

Essentially, for the reasons set forth in the District Court's opinion, we will affirm the order of the District Court, denying in part and granting in part Defendants' motions.